UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IVY QUAD DEVELOPMENT, LLC, | ) | Case No. 19-32033-pes |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JACQUELINE SELLS HOMANN, TRUSTEE, | ) | |
| OF ESTATE OF IVY QUAD DEVELOPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. |
| | ) | |
| DAVID MATTHEWS, | ) | |
| JAMES SCHWARTZ and | ) | |
| JULIA SCHWARTZ, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

TO THE UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES IN THE ABOVE-REFERENCED STATE COURT CIVIL ACTION AND THE CLERK OF ST. JOSEPH SUPERIOR AND CIRCUIT COURT, AND THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF INDIANA :

PLEASE TAKE NOTICE that defendants James T. Schwartz and Julia Schwartz (the "Schwartz Parties") hereby submit this *Notice of Removal* of all claims and causes of action pending in a civil action commenced on February 21, 2022 in the St. Joseph County, Indiana Circuit Court as Cause No. 71C01-2202-CC-000391 (the "State Court Action"), pursuant to and in accordance with 28 U.S.C. §§ 157 and 1452 and Federal Rule of Bankruptcy Procedure 9027, and  respectfully state as follows:

1.      On December 6, 2019, pursuant to an involuntary petition filed against the Debtor under chapter 7 of Title 11 of the United States Code under the above-captioned case (the "Bankruptcy Case") on November 5, 2019, this Court entered an order for relief.

2.      Thereafter, on December 6, 2019, Jacqueline Sells Homann was appointed as the Chapter

7 trustee (the "Trustee") in this Bankruptcy Case.

3.      On February 21, 2022, the Trustee commenced the State Court Action seeking, pursuant to section 544 of the Bankruptcy Code, to recover alleged transfers made to, *inter alia,* the Schwartz Defendants.

4.      As of the date hereof, no action has taken place in the State Court Action other than the filing of counsel appearance on behalf of co-defendant David M. Matthews and the Trustee's election to have the State Court Action heard by the St. Joseph County Commercial Court.

5.      The State Court Action asserts a claim arising under the Bankruptcy Code and is a core proceeding and/or is related to a bankruptcy case.

6.      Pursuant to a general order of the United States District Court for the Northern District of Indiana referring certain matters to the bankruptcy court, N.D. Ind. L.R. 200-1, and 28 U.S.C. § 157, this Court has jurisdiction to hear the claims and causes of action asserted and pending in the State Court Action under 28 U.S.C. § 1334.

7.      Removal is also in accordance with Fed. R. Bankr. Pro. 9027 and is timely as it is filed within thirty (30) days of commencement of the State Court Action, which, in any event, is within the time period set forth in Fed R. Bankr. Pro. 9027(a)(3).

8.      The current parties to the State Court Action are as follows (see **Exhibit A** attached hereto):

Plaintiff:          **Jacqueline Sells Homann, Trustee, of Estate Of Ivy Quad Development, LLC**

Defendants:    **David Matthews**
**James T. Schwartz**
**Julia Schwartz**

9.      This Notice of Removal is accompanied by a copy of process and pleadings in the State Court Action in accordance with Fed. R. Bankr. Pro. 9027(a)(1) attached hereto as **Exhibit B**. The term "pleadings" is defined by Federal Rule of Civil Procedure 7. Copies of the above-mentioned process and pleadings are filed contemporaneously with the filing of this Notice of Removal. If additional documents relating to the State Court Action are required, the Schwartz Parties will submit such documents.

10.     Upon removal, to the extent required, the Schwartz Parties consent to the entry of final orders or judgments by the Bankruptcy Court.

11.     Simultaneously herewith, the Schwartz Parties have also filed this Notice with the Clerk of the State Court and all parties to the State Court Action are hereby notified of said removal.

12.     Pursuant to Fed. R. Bankr. Pro. 9027(c), removal of all claims and causes of action pending in the State Court Action was effected upon the filing of this Notice, the State Court Action is removed to the Bankruptcy Court, and the parties to the State Court Action shall proceed no further in the State Court unless and until the claims or causes of action are remanded by the Bankruptcy Court.

DATED: March 21, 2022                                    Respectfully submitted,

/s/ *Christine K Jacobson*
Christine K. Jacobson
Jacobson Hile Kight LLC
108 E. 9th Street
Indianapolis, IN  46202
Telephone:  (317) 608-1132
cjacobson@jhklegal.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically and notice and service hereof will be made via the Court's Electronic Case Filing System on the date of filing and parties may access this filing through the Court's system.

/s/ *Christine K Jacobson*
Christine K. Jacobson