☞ **Attorney Dashboard**

ℹ️ Go to **courts.in.gov/covid** to learn about how courts around the state are responding to COVID-19, adjusting operations, and preparing courthouses for public access.

ℹ️ **Eviction case?** Apply for rent assistance and learn about settling your case

# Case Summary

| « Back | New Search | Refine Search |

**Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC v. David Matthews, James Schwartz, Julia Schwartz**

| | |
|---|---|
| Case Number | 71C01-2202-CC-000391 |
| Court | St. Joseph Circuit Court |
| Type | CC - Civil Collection |
| Filed | 02/21/2022 |
| Status | 02/21/2022 , Pending  (active) |

## Parties to the Case

Hide all party details

**⊕ Defendant  Matthews, David**

| Address | 215 E. Colfax Ave.<br>South Bend, IN 46617 |
|---|---|
| Attorney | Lyle Raymond Hardman<br>*#1605649, Lead, Retained* |
| | Hunt Suedhoff Kalamaros LLP<br>205 W Jefferson Blvd Suite 300<br>PO Box 4156<br>South Bend, IN 46634-4156<br>574-232-4801(W) |
| Attorney | Michael G Getty<br>*#1715049, Retained* |
| | HUNT SUEDHOFF KALAMAROS LLP<br>P O Box 11489<br>803 S. Calhoun St. 9th Fl.<br>Ft. Wayne, IN 46858-1489<br>260-423-1311(W) |
| Attorney | Austin Thomas Kearney<br>*#3466171, Retained* |
| | Hunt Suedhoff Kalamaros LLP<br>205 W. Jefferson Blvd., Ste 300<br>South Bend, IN 46634-4156<br>574-232-4801(W) |

**⊕ Defendant  Schwartz, James T.**

| Address | 30751 Magician<br>Dowogiac, MI 49047 |
|---|---|
| Attorney | Pro Se |

**⊕ Defendant  Schwartz, Julia J.**

| Address | 30751 Magician<br>Dowogiac, MI 49047 |
|---|---|
| Attorney | Pro Se |

**⊕ Plaintiff  Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC**

| Address | 130 S. Main St.<br>Suite 400<br>South Bend, IN 46601 |
|---|---|
| Attorney | Jacqueline Sells Homann<br>*#1546271, Retained* |
| | 600 KeyBank Building<br>202 South Michigan St.<br>P.O. Box 4577<br>South Bend, IN 46634-4577<br>574-233-1194(W) |

## Chronological Case Summary

| 02/21/2022 | **Case Opened as a New Filing** |
|---|---|

**02/22/2022  📄 Appearance Filed**
Appearance

| For Party: | Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC |
|---|---|
| File Stamp: | 02/21/2022 |

**02/22/2022  📄 Complaint/Equivalent Pleading Filed**
Complaint

| Filed By: | Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC |
|---|---|
| File Stamp: | 02/21/2022 |

**02/22/2022  📄 Notice of Exclusion of Confidential Information**
Notice Identifying Commercial Court Docket Case

| Filed By: | Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC |
|---|---|
| File Stamp: | 02/21/2022 |

**02/22/2022  📄 Subpoena/Summons Filed**
Summons

| Filed By: | Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC |
|---|---|
| File Stamp: | 02/21/2022 |

**02/22/2022  📄 Subpoena/Summons Filed**
Summons

| Filed By: | Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC |
|---|---|
| File Stamp: | 02/21/2022 |

**02/22/2022  📄 Subpoena/Summons Filed**
summons

| Filed By: | Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC |
|---|---|
| File Stamp: | 02/21/2022 |

**03/14/2022  📄 Appearance Filed**
E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

| For Party: | Matthews, David |
|---|---|
| File Stamp: | 03/14/2022 |

**03/18/2022  📄 Motion for Enlargement of Time Filed**
VERIFIED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER AND/OR OTHER RESPONSIVE PLEADING

| Filed By: | Matthews, David |
|---|---|
| File Stamp: | 03/17/2022 |

## Financial Information

ℹ️ Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC**
Plaintiff

**Balance Due** (as of 03/21/2022)
**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/22/2022 | Transaction Assessment | 157.00 |
| 02/22/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| « Back | New Search | Refine Search |

 **Subscribe to content by RSS or Email**

 **Follow us on Twitter**

📺 **Indiana Courts YouTube Channel**

📷 **Get our shared photos on Flickr**

## Terms of Use

Odyssey Public Access (the "MyCase" website) is a platform for online services provided by the Office of Judicial Administration (the "Office").

Electronic access to court information is restricted by federal and state law in addition to court rules and orders. Information on this site is made available as a public service pursuant to order of the Indiana Supreme Court.

Information displayed on this site is not to be considered or used as an official court record and may contain errors or omissions. Accuracy of the information is not warranted. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Read the complete terms of use »