Filed: 2/21/2022 4:48 PM
Clerk
St. Joseph County, Indiana

71C01-2202-CC-000391

**Jacqueline Sells Homann, Trustee of the
Estate of Ivy Quad Development, LLC**
Plaintiff

–*v*–

**David Matthews, James T. Schwartz,
and Julia J. Schwartz**
Defendants

## APPEARANCE

Party Classification:  Initiating ☒ Responding ☐ Intervening ☐

1. Please enter my appearance for the Plaintiff, Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC.

2. My attorney information for service under Ind. T.R. 5(B)(2) and for case information under Ind. T.R. 3.1 and 77(B) is:

> Jacqueline Sells Homann | 15462-71
>
> ### JONES OBENCHAIN, LLP
> 130 S. Main St., Suite 400
> South Bend, IN 46601
> Post Office Box 4577
> South Bend, Indiana 46634-4577
> 574.233.1194 ext. 109 | 574.233.8957 fax
> jsh@jonesobenchain.com

IMPORTANT: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him or her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) *acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;* and

(c) understands that he is solely responsible for keeping his Roll of Attorneys contact information current and accurate under Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.  This is a CC case type as defined in administrative rule 8(B)(3).

4.  This case *does not involve* child-support issues.

5.  This case *does not* involve protection-from-abuse orders, workplace-violence restraining orders, or no–contact orders.

6.  This case *does not* involve a petition for involuntary commitment.

7.  There are *no* related cases.

8.  Additional information required by local rule: The provisions of Ind. T.R. 5 and 6 concerning time will be adhered to notwithstanding facsimile service.

9.  There are no other party members.

10. This form has been served on all other parties and certificate of service is attached.

*/s/ Jacqueline Sells Homann*
Jacqueline Sells Homann, Attorney at Law
Attorney information shown above

CERTIFICATE OF SERVICE

On February 21, 2022, I served this appearance on the following via

certified mail:

David Matthews
215 E. Colfax Ave.
South Bend, IN 46617

James T. and Julia J. Schwartz
30751 Magician
Dowagiac, MI 49047-9479

*/s/ Jacqueline Sells Homann*
Jacqueline Sells Homann | 15462-71

EXHIBIT B: STATE COURT PLEADINGS

Filed: 2/21/2022 4:48 PM
Clerk
St. Joseph County, Indiana

STATE OF INDIANA

71C01-2202-CC-000391

ST. JOSEPH COUNTY

CAUSE NO. 71D____-_____-CC-_____

**Jacqueline Sells Homann, Trustee of the
Estate of Ivy Quad Development, LLC**
Plaintiff

*−v−*

**David Matthews**
215 E. Colfax Ave.
South Bend, IN 46617
**James T. Schwartz and Julia J. Schwartz**
30751 Magician
Dowogiac, MI 49047-9479
Defendants

## COMPLAINT

Plaintiff Jacqueline Sells Homann, in her capacity as Trustee of the bankruptcy estate of Ivy Quad Development, LLC, files this complaint against David Matthews, James T. Schwartz and Julia J. Schwartz. In support thereof, the Trustee states:

### INTRODUCTION

1. An involuntary petition against Ivy Quad Development, LLC pursuant to Chapter 7 of the Bankruptcy Code was filed on November 5, 2019.

2. On December 6, 2019, the Court granted an order for relief under Chapter 7 and Jacqueline Sells Homann was appointed as the interim trustee.

3. The Trustee now pursues this action to recover funds fraudulently transferred to the Defendants.

### THE PARTIES

4. The Plaintiff is the trustee of the bankruptcy estate of Ivy Quad Development, LLC.

5.  As trustee, she stands in shoes of creditors. USC § 544.

6.  Ivy Quad Development is an Indiana limited liability company.

7.  David Matthews is an individual, residing in the state of Indiana.

8.  Julia J. Schwartz is an individual, residing in the state of Michigan.

9.  James T. Schwartz is an individual residing in the state of Michigan.

## FACTUAL BACKGROUND

10.  Matthews and the Schwartzes are the members of IQD.

11.  David Matthews has a sixty percent ownership interest and James and Julia Schwartz each have a twenty percent ownership in IQD.

12.  The HOA is an association of co-owners in real property, including buildings, commonly known as "Ivy Quad," located on Twyckenham Drive in South Bend, Indiana.

13.  IQD, and its members Matthews, LLC and the Schwartzes arranged for and supervised the construction of Ivy Quad, and sold units to original members of the Association.

14.  On August 31, 2016, Edwin Curtis and Leslie Wagner filed a lawsuit in Superior Court in St. Joseph County, Indiana (Cause No. 71D01-1608-PL-000292), against IQD and others alleging construction defects among other things. This lawsuit pended until January 19, 2019.

15.  In the fall of 2017, Ivy Quad homeowners and residents began noticing crumbling and cracking concrete and water infiltration at Ivy Quad.

16.  As a result, the HOA engaged various engineers and architects to inspect the issues noticed by the homeowners and residents.

EXHIBIT B: STATE COURT PLEADINGS

17. Over the course of the next two and a half years, as Ivy Quad homeowners and residents began to notice additional deterioration of Ivy Quad, professionals the HOA retained conducted various inspections and issued reports.

18. Matthews and the Schwartzes knew of the existence of the construction defects at Ivy Quad and homeowner complaints.

19. In fact, Matthews complained to a subcontractor, James Ward Concrete, Inc., in 2016 about water intrusion into a unit that he owned. Ward made some repairs in response to Matthews' complaints.

20. During 2017, the HOA contacted Matthews and IQD complaining about construction defects, including the water intrusion.

21. On March 23, 2018, the HOA filed a lawsuit in St. Joseph County Superior Court, Indiana, against IQD and Ward alleging construction defects among other things.

22. That lawsuit is currently pending in St. Joseph Superior Court, Cause No. 71D05-1803-PL-000105.

23. Matthews and the Schwartzes knew of the liability of IQD.

24. Matthews and the Schwartzes took distributions from IQD, leaving it insolvent.

25. Specifically, Matthews, James and Julia Schwartz caused IQD to make the distributions in the following amounts after being put on notice of issues:

David:          $2,129,067.67

James:          $1,433,970.28

Julie:          $1,037,583.86.

FRAUDULENT TRANSFER

26. The Distributions were made while IQD had unreasonably small capital.

27. Under Ind. Code § 32-18-2-14:

> (a) A transfer made or an obligation incurred by a debtor is voidable as to a creditor, whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation: (1) with actual intent to hinder, delay, or defraud any creditor of the debtor; or (2) without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor: (A) was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or (B) intended to incur or believed or reasonably should have believed that the debtor would incur debts beyond the debtor's ability to pay as the debts became due.

28. Ind. Code § 32-18-2-15(a) states:

> A transfer made or an obligation incurred by a debtor is voidable as to a creditor whose claim arose before the transfer was made or the obligation was incurred if: (1) the debtor made the transfer or incurred the obligation without receiving a reasonably equivalent value in exchange for the transfer or obligation; and (2) the debtor: (a) was insolvent at that time; or (b) became insolvent as a result of the transfer or obligation.

29. Before the Distributions were made, IQD knew about the claims, had been sued, or threatened with suit.

30. The Distributions constituted virtually all of IQD's assets.

31. The Distributions rendered IQD insolvent.

32. The Distributions were made without fair consideration.

33. The Distributions were made for less than reasonably equivalent value.

34. The Distributions were made when the Defendants intended IQD to incur or they believed IQD would incur debts beyond its ability to pay such debts as they matured.

EXHIBIT B: STATE COURT PLEADINGS

*Therefore*, Trustee Jacqueline Sells Homann requests entry of a final judgment (a) avoiding the Distributions; (b) entering a judgment for the benefit of the bankruptcy estate against David Matthews, James T. Schwartz and Julia J. Schwartz in an amount to be determine at trial; (c) awarding pre and post judgment interest; and (d) granting such further relief as the Court deems is just and appropriate.

Respectfully submitted,

DATE: February 21, 2022

/s/ *Jacqueline Sells Homann*
Jacqueline Sells Homann | 15462-71

JONES OBENCHAIN, LLP
130 S. Main St., Suite 400
South Bend, IN 46601
Post Office Box 4577
South Bend, IN 46634-4577

574.233.1194 ext. 109 | 574.233.8957 fax

jsh@jonesobenchain.com

Attorney for the Estate of Ivy Quad Development, LLC

**FILED**

February 22, 2022

ST. JOSEPH CIRCUIT & SUPERIOR COURT

71C01-2202-CC-000301

STATE OF INDIANA

ST. JOSEPH COUNTY

CAUSE NO. 71D___-____-CC-_____

Jacqueline Sells Homann, Trustee of the
Estate of Ivy Quad Development, LLC
Plaintiff

−v−

David Matthews, James T. Schwartz and
Julia J. Schwartz
Defendant

## NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

Plaintiff, Jacqueline Sells Homann, Trustee of the Estate of Ivy Quad Development, LLC, states that this case is a Commercial Court Docket Case eligible for assignment to the Commercial Court Docket pursuant to Rule 2 of the Commercial Court Rules. Pursuant to Rule 4 of the Commercial Court Rules, the Plaintiff requests that the Clerk of the Court assign this case to the Commerical Court Docket.

*/s/ Jacqueline Sells Homann*

Jacqueline Sells Homann | 15462-71

### JONES OBENCHAIN, LLP

130 S. Main St., Suite 400
South Bend, IN 46601
Post Office Box 4577
South Bend, IN 46634-4577

574.233.1194 ext. 109 | 574.233.8957 fax

jsh@jonesobenchain.com

Plaintiff's Attorney

EXHIBIT B: STATE COURT PLEADINGS

Filed: 2/21/2022 4:48 PM
Clerk
St. Joseph County, Indiana

## SUMMONS

STATE OF INDIANA )     ST. JOSEPH SUPERIOR COURT
)  SS:     Courthouse, 101 South Main Street
ST. JOSEPH COUNTY )     South Bend, Indiana 46601
    (574) 235-9635

Plaintiff –     219 Lincolnway West
Jacqueline Sells Homann, Trustee     Mishawaka, Indiana 46544
of the Estate of Ivy Quad     (574) 256-6306
Development, LLC

    **71C01-2202-CC-000391**

v.     CAUSE NO. 71D - -CC-

Defendant
James T. Schwartz
30751 Magician
Dowagiac, MI 49047-9479

### TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this summons (you have 23 days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE     RITA GLENN
                                                         CLERK

                                          HJ
DATE:   2/22/2022         BY _____
                                                 DEPUTY

The following manner of service is hereby designated: ☐ Registered Mail   ☒ Certified Mail
☐ by Sheriff as provided by law     ☐ other, as follows: _____

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

ATTORNEY FOR PLAINTIFF
Jacqueline Sells Homann – Bar No. 15462-71
Jones Obenchain, LLP     P. O. Box 4577     South Bend, IN 46634-4577     (574) 233-1194
    Name                   Address                                              Phone No.

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto was received by me at _____. This _____ day of _____, 2022.

_____
Signature of Defendant James T. Schwartz

SEAL — ST. JOSEPH COUNTY INDIANA

## RETURN OF SUMMONS
## CERTIFICATE OF MAILING
### (If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____ by (registered or certified) mail requesting a return receipt, signed by the addressee only, addressed to each of the defendant(s) _____ at the address(es) furnished by the plaintiffs.

DATE: _____    RITA GLENN _____

                                                                                                                       CLERK

                                        BY    _____

                                                                                                                       DEPUTY

## RETURN OF SUMMONS BY MAIL
### (If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022, which copy is attached herewith.

DATE: _____    RITA GLENN _____

                                                                                                                       CLERK

                                        BY    _____

                                                                                                                       DEPUTY

## CERTIFICATE OF CLERK IF SUMMONS NOT ACCEPTED BY MAIL
### (If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2017, and I did deliver said summons and cop of complaint to the Sheriff of St. Joseph County, Indiana.

DATE: _____    RITA GLENN _____

                                                                                                                       CLERK

                                        BY    _____

                                                                                                                       DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
### (If Applicable)

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2022, a copy of summons and a copy of the complaint to each of the following defendant(s): _____.

2. By leaving on the _____ day of _____, 2022, for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without the complaint to _____ _____, at _____, the last known address of defendant(s).

4. This summons came to hand this _____ day of _____, 2022. The within named _____ _____ was not found in my bailiwick this _____ day of _____, 2022.

MILEAGE   $_____
FEES       $_____
TOTAL      $_____                                   SHERIFF OF ST. JOSEPH COUNTY, INDIANA

                                        BY    _____

                                                                                                                       DEPUTY

EXHIBIT B: STATE COURT PLEADINGS

Filed: 2/21/2022 4:48 PM
Clerk
St. Joseph County, Indiana

## SUMMONS

STATE OF INDIANA     )
                        ) SS:

ST. JOSEPH COUNTY    )

ST. JOSEPH SUPERIOR COURT
Courthouse, 101 South Main Street
South Bend, Indiana 46601
(574) 235-9635

Plaintiff –
Jacqueline Sells Homann, Trustee
of the Estate of Ivy Quad
Development, LLC

219 Lincolnway West
Mishawaka, Indiana 46544
(574) 256-6306

v.

CAUSE NO. 71D  -  -CC-

71C01-2202-CC-000391

Defendant
David Matthews
215 E. Colfax Ave.
South Bend, IN 46617

### TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this summons (you have 23 days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE

RITA GLENN

CLERK

DATE:    2/22/2022         BY         HJ

DEPUTY

The following manner of service is hereby designated: ☐ Registered Mail   ☒ Certified Mail
☐ by Sheriff as provided by law    ☐ other, as follows: _____

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

### ATTORNEY FOR PLAINTIFF
Jacqueline Sells Homann – Bar No. 15462-71

Jones Obenchain, LLP     P. O. Box 4577     South Bend, IN 46634-4577    (574) 233-1194
Name                  Address                                        Phone No.

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS
A copy of the above summons and a copy of the complaint attached thereto was received by me at
_____.    This _____ day of _____, 2022.

_____
Signature of Defendant David Matthews

ST. JOSEPH COUNTY
SEAL
INDIANA

EXHIBIT B: STATE COURT PLEADINGS

## RETURN OF SUMMONS
## CERTIFICATE OF MAILING
### (If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____ by (registered or certified) mail requesting a return receipt, signed by the addressee only, addressed to each of the defendant(s) _____ at the address(es) furnished by the plaintiffs.

DATE: _____     RITA GLENN _____

CLERK

BY     _____

DEPUTY

## RETURN OF SUMMONS BY MAIL
### (If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022, which copy is attached herewith.

DATE: _____     RITA GLENN _____

CLERK

BY     _____

DEPUTY

## CERTIFICATE OF CLERK IF SUMMONS NOT ACCEPTED BY MAIL
### (If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2017, and I did deliver said summons and cop of complaint to the Sheriff of St. Joseph County, Indiana.

DATE: _____     RITA GLENN _____

CLERK

BY     _____

DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
### (If Applicable)

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2022, a copy of summons and a copy of the complaint to each of the following defendant(s): _____.

2. By leaving on the _____ day of _____, 2022, for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without the complaint to _____ _____, at _____, the last known address of defendant(s).

4. This summons came to hand this _____ day of _____, 2022. The within named ____ _____ was not found in my bailiwick this _____ day of _____, 2022.

MILEAGE   $_____
FEES       $_____
TOTAL      $_____                    _____ SHERIFF OF ST. JOSEPH COUNTY, INDIANA

BY     _____

DEPUTY

EXHIBIT B: STATE COURT PLEADINGS

Filed: 2/21/2022 4:48 PM
Clerk
St. Joseph County, Indiana

SUMMONS

| STATE OF INDIANA | ) | ST. JOSEPH SUPERIOR COURT |
|---|---|---|
| | ) SS: | Courthouse, 101 South Main Street |
| ST. JOSEPH COUNTY | ) | South Bend, Indiana 46601 |
| | | (574) 235-9635 |

Plaintiff –
Jacqueline Sells Homann, Trustee
of the Estate of Ivy Quad
Development, LLC

219 Lincolnway West
Mishawaka, Indiana 46544
(574) 256-6306

v.

71C01-2202-CC-000391

CAUSE NO. 71D    -    -CC-

Defendant
Julia J. Schwartz
30751 Magician
Dowagiac, MI 49047-9479

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this summons (you have 23 days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE                    RITA GLENN

CLERK

DATE:    2/22/2022                BY _____ HJ _____

DEPUTY

The following manner of service is hereby designated:    ☐ Registered Mail    ☒ Certified Mail
☐ by Sheriff as provided by law    ☐ other, as follows: _____

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

ATTORNEY FOR PLAINTIFF
Jacqueline Sells Homann – Bar No. 15462-71
Jones Obenchain, LLP        P. O. Box 4577        South Bend, IN 46634-4577        (574) 233-1194
        Name                Address                                                Phone No.

ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto was received by me at
_____.    This _____ day of _____, 2022.

_____
Signature of Defendant Julia J. Schwartz

ST. JOSEPH COUNTY
SEAL
INDIANA

## RETURN OF SUMMONS
### CERTIFICATE OF MAILING
(If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____ by (registered or certified) mail requesting a return receipt, signed by the addressee only, addressed to each of the defendant(s) _____ at the address(es) furnished by the plaintiffs.

DATE: _____     RITA GLENN _____

CLERK

By     _____

DEPUTY

## RETURN OF SUMMONS BY MAIL
(If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022, which copy is attached herewith.

DATE: _____     RITA GLENN _____

CLERK

By     _____

DEPUTY

## CERTIFICATE OF CLERK IF SUMMONS NOT ACCEPTED BY MAIL
(If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2017, and I did deliver said summons and cop of complaint to the Sheriff of St. Joseph County, Indiana.

DATE: _____     RITA GLENN _____

CLERK

By     _____

DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
(If Applicable)

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2022, a copy of summons and a copy of the complaint to each of the following defendant(s): _____.

2. By leaving on the _____ day of _____, 2022, for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without the complaint to _____ _____, at _____, the last known address of defendant(s).

4. This summons came to hand this _____ day of _____, 2022. The within named _____ _____ was not found in my bailiwick this _____ day of _____, 2022.

MILEAGE   $_____
FEES         $_____
TOTAL      $_____                    SHERIFF OF ST. JOSEPH COUNTY, INDIANA

By     _____

DEPUTY

14                              EXHIBIT B: STATE COURT PLEADINGS

Filed: 3/14/2022 1:45 PM
St. Joseph Circuit Court
St. Joseph County, Indiana

STATE OF INDIANA          )          IN THE ST. JOSEPH CIRCUIT COURT
                          )SS:
COUNTY OF ST. JOSEPH      )          CAUSE NO. 71C01-2202-CC-000391

JACQUELINE SELLS HOMANN, Trustee of the  )
Estate of IVY QUAD DEVELOPMENT, LLC,     )
                                         )
        Plaintiff,                      )
                                         )
v.                                       )
                                         )
DAVID MATTHEWS,                          )
JAMES T. SCHWARTZ and                    )
JULIA J. SCHWARTZ,                       )
                                         )
        Defendants.                     )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating [ ]     Responding [ X ]     Intervening [ ]

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for following party member: **David Matthews**.

2.    Applicable attorney information for service as required by Trial Rule 5 (B) (2) and for case information as required by Trial Rules 3.1 and 77 (B) is as follows:

Name:         Lyle R. Hardman
Attorney No:  16056-49
Name:         Michael G. Getty
Attorney No:  17150-49
Name:         Austin T. Kearney
Attorney No:  34661-71
Address:     Hunt Suedhoff Kearney LLP
              205 W. Jefferson Blvd., Suite 300
              South Bend, Indiana  46634-4156
              Telephone: (574) 232-4801
              Telecopier: (574) 232-9736
              Email: lhardman@hsk-law.com
              Email: mgetty@hsk-law.com
              Email: akearney@hsk-law.com

    **IMPORTANT:** Each attorney specified on this appearance:

    (a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.court.in.gov.

3.      This is a PL case type ad defined in administrative Rule 8(B)(3).

4.      This case involves support issues: Yes _____ No __X__ .

5.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes _____ No ___X_

_____      Attorney's address

_____      The Attorney General Confidentiality program address
            (contact the Attorney General at 1-800-321-1907 or email address is **confidential@atg.in.gov**).

_____      Another address (provide)

This case involves a petition for involuntary commitment.  Yes_____ No X_

6.      If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.      Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

_____

b.      State of Residence of person subject to petition: _____

c.      At least one of the following pieces of identifying information:

(i)      Date of Birth _____

(ii)     Driver's License Number _____
         State where issued _____Expiration date_____

(iii)    State ID number _____
         State where issued _____Expiration date_____

(iv)     FBI number _____

(v)      Indiana Department of Corrections Number _____

(vi)     Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7.      There are related cases: Yes __x__ No __-__ .
St. Joseph Superior Court, Cause No.:71D05-1803-PL-105

8.      Additional information required by local rule:

_____

9.      There are other party members: Yes _____ No ___x_ (*If yes, list on continuation page.*)

10.     This form has been served on all other parties and Certificate of Service is attached: Yes __x__ No_____.

> /s/ Lyle R. Hardman_____
> Lyle R. Hardman (#16056-49)
> Michael G. Getty(#17150-49)
> Austin T. Kearney (34661-71)
> Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all attorneys of record by electronic filing through the E-Filing System this 14th day of March 2022.

> /s/ Lyle R. Hardman_____
> Lyle R. Hardman (#16056-49)

:

EXHIBIT B: STATE COURT PLEADINGS

Filed: 2/21/2022 4:48 PM
Clerk
St. Joseph County, Indiana

SUMMONS

STATE OF INDIANA )
) SS:
ST. JOSEPH COUNTY )

ST. JOSEPH SUPERIOR COURT
Courthouse, 101 South Main Street
South Bend, Indiana 46601
(574) 235-9635

Plaintiff –
Jacqueline Sells Homann, Trustee
of the Estate of Ivy Quad
Development, LLC

219 Lincolnway West
Mishawaka, Indiana 46544
(574) 256-6306

v.

CAUSE NO. 71D  -   -CC-   ___

71C01-2202-CC-000391

Defendant
David Matthews
215 E. Colfax Ave.
South Bend, IN 46617

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this summons (you have 23 days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE

RITA GLENN
                                                        CLERK

DATE:   2/22/2022          BY          HJ
                                                        DEPUTY

The following manner of service is hereby designated:   ☐ Registered Mail   ☒ Certified Mail
☐ by Sheriff as provided by law   ☐ other, as follows: _____

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

ATTORNEY FOR PLAINTIFF
Jacqueline Sells Homann – Bar No. 15462-71
Jones Obenchain, LLP          P. O. Box 4577          South Bend, IN 46634-4577          (574) 233-1194
          Name                         Address                                                        Phone No.

ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto was received by me at
_____.   This _____ day of _____, 2022.

_____
Signature of Defendant David Matthews

SEAL
ST. JOSEPH COUNTY
INDIANA

EXHIBIT B: STATE COURT PLEADINGS

## RETURN OF SUMMONS
## CERTIFICATE OF MAILING
### (If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____ by (registered or certified) mail requesting a return receipt, signed by the addressee only, addressed to each of the defendant(s) _____ at the address(es) furnished by the plaintiffs.

DATE: _____       RITA GLENN _____
                                                                                                           CLERK

                                    BY       _____
                                                                                                           DEPUTY

## RETURN OF SUMMONS BY MAIL
### (If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022, which copy is attached herewith.

DATE: _____       RITA GLENN _____
                                                                                                           CLERK

                                    BY       _____
                                                                                                           DEPUTY

## CERTIFICATE OF CLERK IF SUMMONS NOT ACCEPTED BY MAIL
### (If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2017, and I did deliver said summons and cop of complaint to the Sheriff of St. Joseph County, Indiana.

DATE: _____       RITA GLENN _____
                                                                                                           CLERK

                                    BY       _____
                                                                                                           DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
### (If Applicable)

I hereby certify that I have served the within summons:

1.  By delivering on the _____ day of _____, 2022, a copy of summons and a copy of the complaint to each of the following defendant(s): _____.

2.  By leaving on the _____ day of _____, 2022, for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.

3.  _____ and by mailing a copy of the summons without the complaint to _____ _____, at _____, the last known address of defendant(s).

4.  This summons came to hand this _____ day of _____, 2022. The within named _____ _____ was not found in my bailiwick this _____ day of _____, 2022.

MILEAGE   $_____
FEES      $_____
TOTAL     $_____                          _____ SHERIFF OF ST. JOSEPH COUNTY, INDIANA

                                    BY       _____
                                                                                                           DEPUTY

EXHIBIT B: STATE COURT PLEADINGS

Filed: 3/17/2022 4:11 PM
St. Joseph Circuit Court
St. Joseph County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT COURT |
| | )SS: | |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO. 71C01-2202-CC-000391 |

JACQUELINE SELLS HOMANN, Trustee of the )
Estate of IVY QUAD DEVELOPMENT, LLC, )
                                    )
        Plaintiff, )
                                    )
v. )
                                    )
DAVID MATTHEWS, )
JAMES T. SCHWARTZ and )
JULIA J. SCHWARTZ, )
                                    )
        Defendants. )

### VERIFIED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER AND/OR OTHER RESPONSIVE PLEADING

Defendant, David Matthews, by counsel, pursuant to Trial Rule 6(B) of the Indiana Rules of Civil Procedure, moves for an extension of time until **April 14, 2022** in which to file his answer and/or responsive pleading to the Plaintiff's Complaint for the reason that the undersigned's office has insufficient information in this case so as to be in a position to competently respond to Plaintiff's Complaint and accordingly submits a proposed form of Order for such requested enlargement of time.

I affirm under the penalties for perjury, that the foregoing representations are true.

Date: March 17, 2022                s/ Lyle R. Hardman
                                          Lyle R. Hardman (#16056-49)

                EXHIBIT B: STATE COURT PLEADINGS

Respectfully Submitted,

HUNT SUEDHOFF KEARNEYLLP


/s/ Lyle R. Hardman

Lyle R. Hardman (#16056-49)
Michael G. Getty(#17150-49)
Austin T. Kearney (34661-71)
205 W. Jefferson Blvd., Ste. 300
Post Office Box 4156
South Bend, IN 46634-4156
Telephone: (574) 232-4801
Attorneys for Defendant, David Matthews


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing was served upon all attorneys of record by electronic filing through the E-Filing System this 17th day of March 2022.


/s/ Lyle R. Hardman

Lyle R. Hardman (#16056-49)

:

EXHIBIT B: STATE COURT PLEADINGS