UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                          )
                                                )
IVY QUAD DEVELOPMENT, LLC,                      )        CASE NO. 19-32033-pes
                                                )
    Debtor.                                     )
                                                )
_____        )
                                                )
JACQUELINE SELLS HOMANN, TRUSTEE,               )
OF ESTATE OF IVY QUAD DEVELOPMENT, LLC,         )
                                                )
    Adversary-Plaintiff,                        )
                                                )
            vs.                                 )        ADVERSARY PRO. 22-03010-pes
                                                )
DAVID MATTHEWS, JAMES SCHWARTZ and              )
JULIA SCHWARTZ,                                 )
                                                )
    Adversary-Defendants.                       )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Adversary-Defendants David Matthews, James Schwartz and Julia Schwartz (the "Defendants"), and Adversary-Plaintiff Jacqueline Sells Homann ("Plaintiff"), each by counsel, respectfully file this Joint Stipulation of Dismissal and in support, state as follows:

1.      On February 22, 2022, Plaintiff commenced an action against the Defendants, pursuant to section 544 of the Bankruptcy Code, in St. Joseph County Superior Court, State of Indiana ("State Court") as Cause No. 71C01-2202-CC-000391 (the "Case") which case was timely removed by Defendants on March 21, 2022 thereby commencing this Adversary Proceeding. [Dkt. 1]

2.      The Parties settled the Adversary Proceeding and in connection therewith, filed a Motion, Pursuant to Fed. R. Bankr. 9019, to approve the settlement, which Motion was approved by this Court on January 20, 2023. [Dkt. 38]

3.      The obligations of Defendants under the settlement agreement have been satisfied and in connection therewith, the parties now move to dismiss, with prejudice, this Adversary Proceeding and enter the Order attached hereto as Exhibit A.

WHEREFORE, all parties hereto, by counsel, respectfully request the Court enter an order dismissing this Adversary Proceeding, with prejudice, and for all other proper relief.

Respectfully Submitted,

*/s/Christine K. Jacobson*
Christine K. Jacobson
JACOBSON HILE KIGHT LLC
108 E. 9th Street
Indianapolis, Indiana 46202
317.608.1132
cjacobson@jhklegal.com
Counsel for James Schwartz & Julia Schwartz


*/s/Mark Wenzel*
Mark Wenzel
AMUNDSEN DAVIS
201 N. Illinois Street, Suite 1400
Capital Center South Tower
Indianapolis, Indiana 46204
317.464.4128
mwenzel@amundsendavislaw.com
Counsel for David Matthews

*/s/Jacqueline Sells Homann*
Jacqueline Sells Homann
1251 N. Eddy Street, Suite 203
South Bend, Indiana 46617
574575.4147
jackie@authoralaw.com
Chapter 7 Trustee


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the following via the Court's ECF/CM system on the date of filing hereof to all parties who have appeared in this matter via ECF filing.


*/s/Christine K. Jacobson*
Christine K. Jacobson