UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IVY QUAD DEVELOPMENT, LLC, | ) | CASE NO. 19-32033-pes |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JACQUELINE SELLS HOMANN, TRUSTEE, | ) | |
| OF ESTATE OF IVY QUAD DEVELOPMENT, LLC, | ) | |
| | ) | |
| Adversary-Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PRO. 22-03010-pes |
| | ) | |
| DAVID MATTHEWS, JAMES SCHWARTZ and | ) | |
| JULIA SCHWARTZ, | ) | |
| | ) | |
| Adversary-Defendants. | ) | |

## <u>ORDER DISMISSING CASE, *WITH PREJUDICE*</u>

THIS matter having come before the Court on the Joint Stipulation of Dismissal [Dkt. 38] filed by Adversary-Defendants David Matthews, James Schwartz and Julia Schwartz (the "Defendants"), and Adversary-Plaintiff Jacqueline Sells Homann ("Plaintiff"), each by counsel, and the Court, having reviewed said Motion and being duly advised, hereby ORDERS, ADJUGES and DECREES that this Adversary Proceeding shall be, and hereby is, dismissed, *uith prejudice,* each party to pay its own costs. This Order shall be deemed a final order pursuant to Fed. R. Bankr. Pro. 7054.

SO ORDERED.

Date:_____

_____
Honorable Paul E. Singleton
United States Bankruptcy Judge
Northern District of Indiana